# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                        **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                 **GREENBELT, MARYLAND 20770**
                                                                                                                                **301-344-0052**

## M E M O R A N D U M

TO:         Kelly Hayes, Assistant United States Attorney
              Amy Fitzgibbons, Assistant Federal Public Defender
              Edwin Encarnacion, U.S. Probation

FROM:     Judge Roger W. Titus

RE:         *United States of America v. Anthony Leonard Stevenson*
              Criminal Case No. RWT 08-061

DATE:     September 16, 2016

* * * * * * * * *

On September 9, 2016, the Defendant appeared before Judge Charles Day for his initial appearance on a violation of supervised release. Pursuant to that appearance, a hearing on the violation of supervised release is hereby scheduled for **October 3, 2016 at 10:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                          /s/
                                                  Roger W. Titus
                                                  United States District Judge